■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS TSAKINIS, Appellant. [822 NYS2d 474]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered on or about March 3, 2004, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman, Catterson and McGuire, JJ.